**BRYAN CAVE LLP**
Daniel T. Rockey, California Bar No. 178604
Tina L. Naicker, California Bar No. 252766
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:     (415) 675-3400
Facsimile:      (415) 675-3434
E-mail:          daniel.rockey@bryancave.com
                    naickert@bryancave.com

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Frank J. Tenuto, Sr.,<br><br>          Plaintiff,<br><br>     v.<br><br>JP Morgan Chase Bank, National Association; Equifax Information Services LLC, a Georgia limited liability company, Experian Information Solutions, Inc., an Ohio Corporation; and Trans Union LLC, a Delaware limited liability company;<br><br>          Defendants. | Case No. 2:14-CV-01776-MCE-CKD<br><br>**STIPULATION AND ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT JPMORGAN CHASE BANK, N.A. TO RESPOND TO COMPLAINT.**<br><br>Date Action Filed:   July 28, 2014<br>Trial Date:                None Set. |

Pursuant to the parties' stipulation (ECF No. 10) and Local Rule 144, Defendant JP Morgan Chase Bank, National Association's time to respond to respond to the Complaint shall be extended to September 19, 2014.

IT IS SO ORDERED.

Dated:  September 3, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT