**BRYAN CAVE LLP**
Daniel T. Rockey, California Bar No. 178604
Tina L. Naicker, California Bar No. 252766
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:	(415) 675-3400
Facsimile:	(415) 675-3434
E-mail:	daniel.rockey@bryancave.com
	naickert@bryancave.com

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

———————————————

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Frank J. Tenuto, Sr.,<br><br>        Plaintiff,<br><br>    v.<br><br>JP Morgan Chase Bank, National Association; Equifax Information Services LLC, a Georgia limited liability company, Experian Information Solutions, Inc., an Ohio Corporation; and Trans Union LLC, a Delaware limited liability company;<br><br>        Defendants. | Case No. 2:14-CV-01776-MCE-CKD<br><br>**ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT JPMORGAN CHASE BANK, N.A. TO RESPOND TO COMPLAINT**<br><br>Date Action Filed:  July 28, 2014<br>Trial Date:  None Set. |

The Court, having reviewed the parties' Stipulation (ECF No. 21), ORDERS that Defendant JP Morgan Chase Bank, N.A.'s time to respond to respond to the Complaint is extended to October 10, 2014.

IT IS SO ORDERED.

Dated:  October 2, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

219112\C080519\0372892

ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT