1  Nandini K. Iyer (State Bar No. 271289)
   niyer@jonesday.com
2  JONES DAY
   Silicon Valley Office
3  1755 Embarcadero Road
   Palo Alto, CA  94303
4  Telephone:    +1.650.739.3939
   Facsimile:    +1.650.739.3900
5
   Attorneys for Defendant
6  EXPERIAN INFORMATION SOLUTIONS, INC.

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10                             SACRAMENTO DIVISION

11

| | |
|---|---|
| Frank J. Tenuto Sr., | **Case No. 2:14-cv-01776-MCE-CKD** |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND SETTLEMENT CONFERENCE DEADLINE** |
| v. | |
| JP Morgan Chase Bank, National Association; Equifax Information Services LLC, a Georgia limited liability company, Experian Information Solutions, Inc., an Ohio Corporation; and Trans Union LLC, a Delaware limited liability company, | |
| Defendants. | |

   Whereas, defendant Experian Information Solutions, Inc.'s ("Experian") attorney Nandini Iyer will be on medical leave between February 10, 2015 and March 15, 2015;

   Whereas, the deadline for submission of confidential settlement conference statements to Judge Brennan is March 12, 2015;

   Whereas, the date of settlement conference before Judge Brennan is March 19, 2015;

   Whereas, Experian's attorney will require additional time after her leave to prepare for the settlement conference;

   Whereas alternative settlement conference dates were offered as follows: 4/30/15, 5/7/15, 5/14/15, and 5/28/15;

1    IT IS HEREBY STIPULATED that the settlement conference may be continued to May

2    14, 2015.

3    Date: January 14, 2015                    /s/ *Mark F. Anderson*
                                                Mark F. Anderson, SBN 44787
4                                               Anderson, Ogilvie & Brewer LLP
                                                235 Montgomery Street
5                                               San Francisco, CA 94104, Suite 914
                                                Phone: 415.651.1951
6                                               Fax: 415.500.8300
                                                mark@aoblawyers.com
7

8                                               Counsel for Plaintiff Frank J. Tenuto Sr.

9
     Date: January 14, 2015                    */s/ Nandini Iyer*
10                                              Nandini Iyer (SBN 271289)
                                                JONES DAY
11                                              1755 Embarcadero Center
                                                Palo Alto, CA 94303
12                                              Phone: 650.739.3939
                                                Fax: 650.739.3900
13                                              niyer@jonesday.com

14
                                                Counsel for Experian Information Solutions,
15                                              Inc.

16                                              */s/ Tina Naicker*
                                                Tina Naicker, SBN 252766
17                                              Bryan Cave, LLP
                                                560 Mission Street, 25th Floor
18                                              San Francisco, CA 94105
                                                Phone: (415) 675-3477
19                                              naickert@bryancave.com

20
                                                Counsel for JP Morgan Chase Bank,
21                                              National Association

22                                              */s/ Thomas Patrick Quinn, Jr.*
                                                Thomas Patrick Quinn, Jr., SBN 132268
23                                              Nokes & Quinn
                                                410 Broadway, Suite 200
24                                              Laguna Beach, CA 92651
                                                Phone: (949) 376-3500
25                                              tquinn@nokesquinn.com

26
                                                Counsel for Experian Information Solutions
27                                              Inc.

28

/s/ Katherine E. Carlton
Katherine E. Carlton, PHV
Schuckit and Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Phone: (317) 363-2400
Fax: (317) 363-2257
kcarlton@schuckitlaw.com

/s/ William R. Brown
William R. Brown, PHV
Schuckit and Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Phone: (317) 363-2400
Fax: (317) 363-2257
wbrown@schuckitlaw.com

/s/ Monica K. Katz-Lapides
Monica K. Katz-Lapides, SBN 267231
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA 94710
Phone: (510) 525-5100
Fax: (510) 525-5130
mkl@tateandassociates-law.com

Counsel for Trans Union LLC

**ORDER**

Based upon the parties' stipulation and for good cause shown, the settlement conference date is continued from March 19, 2015 to May 14, 2015.  Settlement conference statements are due on May 7, 2015.

Date: January 14, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE