William R. Brown, Esq.  (IN #26782-48)
   *(admitted Pro Hac Vice)*
Katherine E. Carlton, Esq. (IN #31694-49)
   *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  wbrown@schuckitlaw.com
              kcarlton@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*
*Designated Counsel for Service*


Monica Katz-Lapides, Esq. (Designated for Service) (CSB #267231)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  mkl@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| FRANK J. TENUTO, SR.<br>　　　　Plaintiff,<br><br>　　vs.<br><br>JP MORGAN CHASE BANK, National Association; EQUIFAX INFORMATION SERVICES LLC, a Georgia limited liability company; EXPERIAN INFORMATION SOLUTIONS, INC. an Ohio Corporation; and TRANS UNION LLC, a Delaware limited liability company;<br>　　　　Defendants. | CASE NO. 2:14-cv-01776-MCE-CKD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY AND ORDER** |

　　　　Plaintiff Frank J. Tenuto, Sr. ("Plaintiff"), by counsel, and Defendant Trans Union, LLC

("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY AND ORDER – 2:14-CV-01776-MCE-CKD**

1 have been compromised and settled, and that Plaintiff's cause against Trans Union only should

2 be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date:  February 13, 2015

/s/ Mark F. Anderson (with consent)
Mark F. Anderson, Esq.
Anderson, Ogilvie & Brewer, LLP
235 Montgomery Street, Suite 914
San Francisco, CA  94104
Telephone:  415-651-1951
Fax:  415-956-3233
E-Mail:  mark@aoblawyers.com

*Counsel for Plaintiff, Frank J. Tenuto, Sr.*

Date:  February 17, 2015

/s/ Katherine E. Carlton
William R. Brown, Esq.  (IN #26782-48)
   *(admitted Pro Hac Vice)*
Katherine E. Carlton, Esq. (IN #31694-49)
   *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail:  wbrown@schuckitlaw.com
            kcarlton@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Monica Katz-Lapides, Esq. (CSB #267231)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  mkl@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

---

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY AND ORDER – 2:14-CV-01776-MCE-CKD**

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff Frank J. Tenuto, Sr. against Defendant Trans Union, LLC only are dismissed, with prejudice. Plaintiff Frank J. Tenuto, Sr. and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: February 24, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT