Mark F. Anderson (SBN 44787)
ANDERSON, OGILVIE & BREWER LLP
235 Montgomery Street, Suite 914
San Francisco, California 94104
Telephone: (415) 651-1951
Fax: (415) 500-8300
Email: mark@aoblawyers.com

Attorney for Frank J. Tenuto, Sr.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK J. TENUTO, JR, | ) Case No. 2:14-cv-01776-MCE-CKD |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| | ) DISMISSING DEFENDANT JP |
| JP MORGAN CHASE BANK, NATIONAL | ) MORGAN CHASE BANK |
| ASSOCIATION; et al, | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between defendant JP Morgan Chase Bank,

National Association, and plaintiff Frank J. Tenuto, Jr. through their designated counsel that

defendant JP Morgan Chase Bank, National Association may be dismissed from the above-

captioned action with prejudice pursuant to FRCP Rule 41(a)(1).

Date: April 16, 2015.                                  /s/ *Mark F. Anderson*
                                                       Mark F. Anderson, SBN 44787
                                                       Anderson, Ogilvie & Brewer LLP
                                                       235 Montgomery Street, Suite 914
                                                       San Francisco, CA 94104

//

//

**STIP & ORDER DISMISSAL (CHASE), TENUTO V JP MORGAN CHASE, ET AL, NO. 2:14-CV-01776-MCE-CKD**

Date: September 30, 2014

*/s/ Tina L. Naicker*
Tina L. Naicker  (SBN 252766)
BRYAN CAVE, LLP
560 Mission Street, 25th Floor
San Francisco, California 94105
Phone: 415-675-3477
Fax: 415-675-3434
Tina.Naicker@bryancave.com

Counsel for JPMorgan Chase Bank, N.A.

## ORDER

Based on the parties' stipulation and for good cause shown, defendant JP Morgan Chase

Bank, National Association is hereby dismissed from this action, with prejudice.

IT IS SO ORDERED.

Dated:  April 20, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

**STIP & ORDER DISMISSAL (CHASE), TENUTO V JP MORGAN CHASE, ET AL, NO. 2:14-CV-01776-MCE-CKD**