Mark F. Anderson (SBN 44787)
ANDERSON, OGILVIE & BREWER LLP
235 Montgomery Street, Suite 914
San Francisco, California 94104
Telephone: (415) 651-1951
Fax: (415) 500-8300
Email: mark@aoblawyers.com

Attorney for Frank J. Tenuto, Sr.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK J. TENUTO, JR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JP MORGAN CHASE BANK, NATIONAL ASSOCIATION; et al,<br><br>　　　　Defendants. | Case No. 2:14-cv-01776-MCE-CKD<br><br>ORDER DISMISSING REMAINING DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC. AND EQUIFAX INFORMATION SERVICES, LLP |

　　Based upon the parties' signed stipulation (ECF No. 39), Plaintiff Frank J. Tenuto, Jr.'s claims against the remaining Defendants (Experian Information Solutions, Inc. and Equifax Information Services, LLP) are hereby DISMISSED with prejudice.  Because the Court has dismissed all claims against all Defendants, the Clerk of the Court is directed to close this case.

Dated:  May 8, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT